UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHYLLIS HALL,<br>　　　　Plaintiff,<br>vs.<br><br>CARLOS JOHNSON and<br>BERT EXPRESS, LLC,<br>　　　　Defendants. | CIVIL ACTION NO.: |

**COMPLAINT AND JURY DEMAND**

**PARTIES**

1. Plaintiff, Phyllis Hall, is an individual residing in Milton, Norfolk County, MA.

2. Defendant, Carlos Johnson, is an individual residing in Metaire, Jefferson County, LA 70003.

3. Defendant, Bert Express, LLC, is a freight shipping and trucking company with its usual place of business Loganville, Gwinnett County, GA 30052.

**FACTS**

4. On or about August 17, 2017, Plaintiff Phyllis Hall was a passenger in a motor vehicle that was operated with due care by Plaintiff's son on a public way in the state of Virginia.

5. At the aforementioned date and time, Defendant Carlos Johnson was operating a sixteen-wheeler truck owned by Defendant Bert Express, LLC behind the vehicle that Plaintiff was a passenger in.

6. Defendant Carlos Johnson crashed the truck into the rear of the vehicle that Plaintiff was a passenger in.

7. The severe accident impact threw Plaintiff about the motor vehicle and caused Plaintiff to sustain severe injuries. The EMTs ambulances and other emergency vehicles responded to the accident scene, evaluated, treated Plaintiff at the scene and transported Plaintiff to Chesapeake Medical Center. Plaintiff underwent numerous evaluations and treatment at Chesapeake Medical Center before being released and directed to immediately follow up with her primary care physician in Boston, MA. Plaintiff sought further medical treatment from her primary care physician at Beth Israel Deaconess Medical Center, Boston, MA upon her return to Boston and

after she could no longer endure the severe head injury pain and overall body ache. Concerned that Plaintiff sustained major neurological injuries, Plaintiff's physicians referred Plaintiff to undergo further cat scans, MRIs, other exams and treatment. Plaintiff was later referred to undergo chiropractic treatment for her neck, right shoulder, back and lower body injuries. Plaintiff underwent said treatment at a chiropractic office and at Beth Israel Deaconess Medical Center Physical Therapy Center.

8. Plaintiff's evaluating and treating physicians concluded that as a direct causation of the August 17, 2017 motor vehicle accident, Plaintiff sustained (1) continuous posttraumatic headaches, (2) severe sleeping disorder, (3) cervical sprain, (4) right shoulder contusion, (5) an acute bruise across her anterior chest (5) thoracic sprain, (6) right wrist contusion/sprain and (7) lumbar sprain. Mrs. Hall received medical treatment at an expense thus far of approximately $18,000. $7,000 of said medical bills are from recent physical therapy, MRIs and Cat Scan examinations and treatments from Beth Israel Deaconess Medical Center, Milton, MA. To date, Mrs. Hall remains partially disabled due to the severe headaches she experiences almost daily and the pain she continues to experience in her neck, right shoulder, chest, right wrist and back. Plaintiff takes Tylenol and/or Ibuprofen and recently had a cortisone shot in the neck this past November 20, 2019 at Beth Israel Deaconess Medical Center in order to deal with pain and discomfort.

**COUNT I**
**NEGLIGENCE**

9. Plaintiff repeats and realleges the preceding paragraphs of this Complaint and incorporates same herein.

10. At all relevant times including on or about August 17, 2017, Defendant Carlos Johnson owed a duty of care to the Plaintiff to ensure that the vehicle he operated was being operated in a safe and careful manner.

11. Defendant Carlos Johnson did breach said duty of care by operating the sixteen wheeler truck motor vehicle in a negligent and careless manner.

12. As a direct and proximate result of the negligence of the Defendant Carlos Johnson, and for those whose actions are responsible for the injuries Plaintiff has been caused to suffer, including but not limited to severe headaches, neck, chest, right wrist, right shoulder, and back injuries. The Plaintiff has suffered great pain of body and mind, and has been caused to incur medical expenses for her care. These losses are continuing in nature and Plaintiff will continue to suffer from said losses in the future. Plaintiff does not enjoy life as she did prior to the August 17, 2017 motor vehicle accident.

WHEREFORE, Plaintiff demands judgment and damages against Defendant Carlos Johnson in a sum to be determined at trial, but sufficient to meet the jurisdictional requirements of this Honorable Court, plus interest, costs and attorneys' fees.

**COUNT II**
**NEGLIGENT ENTRUSTMENT**

13. Plaintiff repeats and realleges the preceding paragraphs of this Complaint and incorporates same herein.

14. Defendant, Bert Express, LLC, is the registered owner of the motor vehicle that was operated by Defendant Carlos Johnson.

15. At all relevant times including on or about August 17, 2017, Defendant Bert Express, LLC owed a duty of care to the Plaintiff to ensure that the vehicle that it owned was being operated in a safe and careful manner.

16. Defendant Bert Express, LLC did breach said duty of care by allowing Defendant Carlos Johnson to operate the sixteen wheeler truck motor vehicle in a negligent and careless manner.

17. Defendant Bert Express, LLC negligently entrusted its motor vehicle to Defendant Calrlos Johnson and allowed Defendant Carlos Johnson to operate its motor vehicle.

18. Defendant Bert Express, LLC negligently entrusted its motor vehicle to Defendant Carlos Johnson and allowed Defendant Carlos Johnson to operate its motor vehicle although Defendant Bert Express, LLC knew or should have known that Defendant Carlos Johnson was a negligent motor vehicle operator and had a history of negligently and recklessly operating motor vehicles and/or causing accidents.

19. Defendant Bert Express, LLC negligently entrusted its motor vehicle to Defendant Carlos Johnson who negligently crashed the motor vehicle and caused the August 17, 2017 motor vehicle accident.

20. As a direct and proximate result of the aforesaid negligence of Defendant Bert Express, LLC, Plaintiff sustained physical injuries, suffered and continues to suffer from physical injuries, emotional and mental stress, and incurred expenses for medical care and attendance.

WHEREFORE, Plaintiff, demands judgment against Defendant Bert Express, LLC, on Count II, plus interest and costs of this action.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby makes demand for trial by jury on all issues so triable.

Phyllis Hall,
By her attorney,

                                                                                                                                  */s/ Jovan J. Lacet*

                                                                          Jovan J. Lacet, Esquire
Boston Attorneys, LLC
30 Cedar Street
Mattapan, MA 02126
617-698-9900 Tel.
617-698-9901 Fax
mygoodlaw@gmail.com
BBO #: 635964

Dated: April 9, 2021